UNITED STATES DISTRICT COURT FOR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHEENA PHINISEE, Individually and on behalf of A.P., a minor, as her parent and natural guardian,<br>Plaintiffs,<br><br>v.<br><br>DEREK LAYSER, ESQUIRE; GILBERT G. SPENCER, JR., ESQUIRE; SPENCER AND ASSOCIATES; JOSEPH MARANO and LAYSER AND FREIWALD, P.C.,<br>Defendants. | Docket No.<br>2:14-cv-3896<br><br>FILED<br>AUG 25 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## STIPULATION TO RECAPTION

By Stipulation of the parties and approved by the Court of Common Pleas in CCP April Term 2014 No. 2183 on June 25, 2014, all claims against Joseph Marano, Esquire were voluntarily withdrawn with prejudice. The parties stipulate, subject to approval by the Court, that the case caption be modified to exclude Joseph Marano, Esquire as a party defendant.

DENNIS L. FRIEDMAN, ESQUIRE
Attorney for Plaintiffs

SHANNON R. PIERCE, ESQUIRE
MICHAEL B. PULLANO, ESQUIRE
Attorneys for Defendant
Derek R. Layser, Esquire
and Layser and Freiwald, P.C.

JOSH J.T. BYRNE, ESQUIRE
JEFFREY B. MCCARRON, ESQUIRE
Attorneys for Defendant
Gilbert G. Spencer, Jr., Esquire
and Spencer and Associates

Approved by the Court:

BERLE M. SCHILLER, J.