IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHEENA PHINISEE, Individually and on behalf of A.P., a minor, as her parent and natural guardian,** : | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **DEREK LAYSER, ESQ., et al.,** | : | No. 14-3896 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **22ⁿᵈ** day of **September, 2014**, upon consideration of Defendants' Motions to Dismiss Plaintiffs' Amended Complaint, Plaintiffs' response thereto, Defendants' reply thereon, and for the reasons provided in this Court's Memorandum dated September 22ⁿᵈ, 2014, it is hereby **ORDERED** that:

1. Defendants' motions (Documents No. 23 and 24) are **GRANTED**.

2. Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_[signature]_

**Berle M. Schiller, J.**