# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHEENA PHINISEE, individually** | : | |
| **and on behalf of A.P., a minor, as her** | : | **CIVIL ACTION** |
| **parent and natural guardian,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DEREK LAYSER, ESQ., et al.,** | : | **No. 14-3896** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **5th** day of **November, 2014**, upon consideration of Plaintiffs' Motion to Amend Findings of Fact and Judgment or, in the Alternative, Motion for Reconsideration, and Defendants' responses thereto, and for the reasons provided in this Court's Memorandum dated November 5th, 2014, it is hereby **ORDERED** that Plaintiffs' Motion (Document No. 44) is **DENIED**.

BY THE COURT:

**Berle M. Schiller, J.**