IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHEENA PHINISEE, individually** | : | |
| **and on behalf of A.P., a minor, as her** | : | **CIVIL ACTION** |
| **parent and natural guardian,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **DEREK LAYSER, ESQ., et al.,** | : | No. 14-3896 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **16th** day of **December, 2014**, upon consideration of the Rule 11 Motion for Sanctions Against Plaintiff and Plaintiff's Counsel and In Favor of Defendants, Gilbert G. Spencer, Jr. and Spencer & Associates (Document No. 34); Defendants Derek R. Layser, Esq. and Layser & Freiwald, P.C.'s Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (Document No. 39); the Motion for Sanctions Against Plaintiffs' Counsel and In Favor of Defendants, Gilbert G. Spencer, Jr. and Spencer & Associates (Document No. 41); and Plaintiffs' responses thereto, and for the reasons provided in this Court's Memorandum dated December 16th, 2014, it is hereby **ORDERED** that Defendants' motions are **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**